UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

| | | |
|---|---|---|
| THREE RIVERS RESORT, INC., and WILDERNESS TRAILS, INC., individually and on behalf of all others similarly situated, | : : : : | |
| Plaintiffs, | : : | CIVIL ACTION NO.: |
| v. | : : | 2:17-cv-06005 (SJF) (GRB) |
| FIRST DATA CORPORATION, a Delaware corporation doing business as FIRST DATA GLOBAL LEASING, | : : : : : | Hon. Sandra J. Feuerstein |
| Defendant. | : | |

-----------------------------------------------------------------x

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant First Data Corporation submits its Corporate Disclosure Statement and states it is publicly traded on the New York Stock Exchange under the symbol "FDC."  KKR & Co., L.P. is a publicly-held company that owns 10% or more of the stock of First Data Corporation.

Dated:  November  7 , 2017            Respectfully submitted,

                                                  WHITE & CASE LLP

                                                  By:  /s *Gregory Starner*
                                                      Gregory Starner
                                                      WHITE & CASE LLP
                                                      1221 Avenue of the Americas
                                                      New York, NY 10020-1095
                                                      Telephone: (212) 819-8839
                                                      Facsimile: (212) 354-8113
                                                      gstarner@whitecase.com

                                                      *Attorney for Defendant*
                                                      *First Data Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November __7__, 2017, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

       s/ *Gregory Starner*
       Gregory Starner