December 11, 2017

White & Case LLP
1221 Avenue of the Americas
New York, NY 10020-1095
T +1 212 819 8200

whitecase.com

E. Adam Webb, Esq.
Webb, Klase & Lemond, LLC
1900 The Exchange S.E., Suite 480
Atlanta, Georgia
(adam@webbllc.com)

**Three Rivers Resort, Inc. et al. v. First Data Corporation, No. 17-cv-06005 (SJF) (GRB)**

Dear Mr. Webb:

We represent First Data Corporation in the above-referenced lawsuit. In accordance with Rule 4(B) of the Individual Rules of Hon. Sandra J. Feuerstein, U.S.D.J., please find enclosed the following papers:

1. Notice of Defendant's Motion to Compel Arbitration and Stay Proceedings;

2. Memorandum of Law in Support of Defendant's Motion to Compel Arbitration and Stay Proceedings; and

3. Declaration of Giovanni Picasso in Support of Defendant's Motion to Compel Arbitration and Stay Proceedings and accompanying exhibits.

Regards,

Gregory Starner

T (212) 819-8839
E gstarner@whitecase.com

cc: Hon. Sandra J. Feuerstein, U.S.D.J. (without enclosures)
    Hon. Gary R. Brown, U.S.M.J. (without enclosures)
    All Counsel (via ECF)