IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 17 2018 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
THREE RIVERS RESORT, INC., and
WILDERNESS TRAILS, INC., individually
and on behalf of all others similarly situated,

                   Plaintiffs,         CIVIL ACTION NO.

v.                                Case No. 2:17-cv-06005-SJF-GRB

FIRST DATA CORPORATION, a Delaware
corporation doing business as FIRST DATA
GLOBAL LEASING,

                   Defendant.
------------------------------------------------------------x

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

COME NOW Plaintiffs Three Rivers Resort, Inc. and Wilderness Trails, Inc. and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) hereby dismiss this action without prejudice.

Dated: January 16, 2018                Respectfully submitted,

                                                    /s/ E. Adam Webb
                                                    E. Adam Webb
                                                    Adam@WebbLLC.com
                                                    WEBB, KLASE & LEMOND, LLC
                                                    1900 The Exchange, S.E.
                                                    Suite 480
                                                    Atlanta, GA 30339
                                                    Tel: 770-444-0773

                                                    *Attorneys for Plaintiffs*

*The Clerk of the Court shall close this case.
So Ordered
1/17/18*

                                    s/ Sandra J. Feuerstein

                                                    U.S.D.J.